IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GREGORY TYRONE HARRIS,
a/k/a JEROME K. LOCKHART,[1]
FDOC #182383,
    Plaintiff,

vs.                               Case No.: 5:17cv101/MCR/EMT

K.H. REDMON, CO 1
and C. STEWART, SGT.,
    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated April 7, 2017. ECF No. 3. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should

---

[1] Plaintiff identifies himself as Gregory Tyrone Harris, Inmate #182383 in his complaint. ECF No. 1. Plaintiff's trust fund account statement submitted with his IFP motion bears Acct. #182383 associated with the name Jerome K. Lockhart. See ECF No. 2 at 5–6. The name of the inmate identified as FDOC #182383 on the FDOC's public website is Jerome K. Lockhart, with several aliases, including Gregory Tyrone Harris. See http://www.dc.state.fl.us/OffenderSearch (search DC number 182383).

be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

**DONE AND ORDERED** this 24th day of April 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**